# SPENCE | PC
INTELLECTUAL PROPERTY ATTORNEYS

Mary Ann Maschke  
Litigation Paralegal  
To Call Writer Directly:  
(312) 637-3516  
maryann.maschke@spencepc.com

(312) 404-8882  
www.spencepc.com

Facsimile:  
(312) 635-2299

July 5, 2016

**VIA CM/ECF**

Thomas G. Bruton  
Clerk of Court  
Dirksen United States Courthouse  
219 South Dearborn Street  
Chicago, IL 60604

    *Re:* **T-Rex Property AB v. TableTop Media, LLC**  
          **Case No. 16-cv-6932**

Dear Clerk Bruton:

    Please reverse the payment corresponding to Receipt No. 0752-12111899 for the above referenced case. I inadvertently paid for the filing twice. Please retain the payment corresponding to Receipt No. 0752-12111927.

    Feel free to contact me should you have any questions.

                      Very truly yours,

                      *M. Maschke*

                      Mary Ann Maschke  
                      Litigation Paralegal