# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

T-REX PROPERTY AB,

    Plaintiff,

v.

TABLETOP MEDIA, LLC D/B/A ZIOSK,

    Defendant.

Case No.: 16-cv-6932

## STIPULATION TO DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereto hereby stipulate to the dismissal of this case with prejudice and without an award of attorneys' fees or costs to any party.

Dated: January 25, 2017

Agreed to by:

| | |
|---|---|
| */s/ William C. Spence* | */s/ Samuel E. Joyner* |
| William Cory Spence | Samuel E. Joyner |
| Jacob R. Graham | **CARRINGTON, COLEMAN,** |
| Meghan K. Nugent | **SLOMAN, & BLUMENTHAL, L.L.P.** |
| **SpencePC** | 901 Main Street, Suite 5500 |
| 405 N. Wabash Ave., Suite P2E | Dallas, Texas 75202 |
| Chicago, Illinois 60611 | 214-855-3016 |
| 312-404-8882 | sjoyner@ccsb.com |
| william.spence@spencepc.com | |
| jacob.graham@spencepc.com | Jacob D. Koering |
| meghan.nugent@spencepc.com | **MILLER CANFIELD** |
| | 225 W. Washington, Suite 2600 |
| *ATTORNEYS FOR PLAINTIFF* | Chicago, Illinois 60606 |
| | 312-460-4272 |
| | koering@millercanfield.com |
| | |
| | *ATTORNEYS FOR DEFENDANT* |

## CERTIFICATE OF SERVICE

   I, William Cory Spence, an attorney, certify that on January 25, 2017, I caused a copy of the foregoing Stipulation to Dismissal to be electronically filed with the United States District Court for the Northern District of Illinois Eastern Division.

               */s/ William Cory Spence*
               William Cory Spence